524

*To the Honorable the Supreme Court of the Territory of Michigan.*

The petition of Orange Risdon of the County of Wayne in said Territory humbly shews.

That by reference to the warrant or Commission under the hand of the Hon James Witherell acting Governor of said Territory hereunto annexed it will appear that your petitioner was on the 14th day of October last appointed a commissioner under the act of the Legislative Council, entitled "an act to provide for laying out certain Territorial Roads & for other purposes" approved June 23. 1828. That your petitioner did thereupon enter upon & did discharge the duties required by said appointment as by reference to the account and certificate hereto annexed signed by a majority of the commissioners under said act will appear. That under the said act your petitioner acted as surveyor in laying out and surveying the Territorial road therein described, and, that his account for services against said Territory, as such Surveyor has been certified by a majority of the said Commissioners as by reference to the account hereto annexed, will also appear.——

And your petitioner further shews that the said accounts have been duly presented to the Treasurer of this Territory for Examination and allowance, and were this day wholly rejected and disallowed by the said Treasurer, for the reason that in the examination and survey of said road your petitioner acted in the double capacity of Commissioner and surveyor, as by reference to the endorsements made by the said Treasurer on the said accounts respectively will appear.

And your petitioner further shews that he thinks himself aggrieved by the rejection and disallowance of the said accounts, and in pursuance of the statute in such case adopted and provided prays of this Honorable Court redress in the premises and prays that he may have his rights therein—

And your petitioner further shews that in consequence of the sickness of Willis Merrit one of the Commissioners named in the act aforesaid, and who was thereby incapable from attending to the duties of said appointment it became necessary that your petitioner should as a commissioner certify to the accounts aforesaid—

Dated January 17. 1828—                                    ORANGE RISDON

Wayne County Ss.

Orange Risdon the above petitioner being duly sworn says that the facts set forth in the above petition are true.

Sworn this 17. January 1829  }     ORANGE RISDON
before me in open Court   }
  JOHN WINDER Clk.  }

*In the Matter of O Risdon* Petitioner &c Return filed Feb 13 1829

*In the matter of the petition of Orange Risdon —*

I Robert Abbott Treasurer of the Territory of Michigan, do Certify to the Honble the Judges of the Supreme Court of the Territory aforesaid that on the 16th day of January last past Orange Risdon presented for allowance an account claiming compensation for services rendered in the laying out surveying and establishing a Territorial road from Monroe by the salt springs the village of Dexter, the Portage of Grand River to the principal meridian, and another claim as commissioner on the said road, and produced as evidence in support of his claim as surveyor, his appointment under the hand of Cyril Nichols in behalf of the Commissioners appointed by law to lay out and establish said road, and in support of the latter claim as commissioner James Witherell's letter the acting Governor of the Territory, both of which claims were certified by Cyril Nichols one of the Commissioners, and Orange Risdon, who at the time of his appointment as Surveyor was not a Commissioner. After Mr Risdon had commenced and executed part of the survey with two of the Commissioners (Samuel Dexter having resigned) one of the Commissioners took sick which left but one commissioner with the surveyor to complete the survey, in which state of things Mr Risdon received his appointment as commissioner who together with Mr Nichols completed the survey of the road— Mr Risdon having claimed compensation in a two fold Capacity I entertained great doubts whether he would be entitled to compensation as Surveyor and Commissioner, and prefered and thought it advisable not to allow his claims under the circumstances attending the runing and establishing said road, all which is respectfully submitted—

Detroit 12th Feby 1829 —     ROBERT ABBOTT
             Treas. of Michigan

*In the Matter of O Risdon petitioner &c as Commissioner*
Filed in open Court Feb. 13. 1829

Sup. Court

*In the matter of* }
*Orange Risdon* }  On petition &c

And now the said Orange Risdon, by Cole & Porter his attornies, comes & excepts to the return of Robert Abbott Esquire Treasurer &c, because he says, that it ap-